UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-51345-JRS |
| | : | |
| LARRY DARNELL GORE, JR., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee for The Bankruptcy Estate of Larry Darnell Gore, Jr. | : : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | ADV. PRO. NO. 22-05058-JRS |
| | : | |
| MICHAELLE PRETLOW and DOUGLAS PRETLOW, | : : | |
| | : | |
| Defendants. | : : | |

**CERTIFICATE OF SERVICE**

I, Michael J. Bargar, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service was made on March 21, 2022 of the *Summons* [Doc. No. 3] issued on March 21, 2022, and a copy of the *Complaint* [Doc. No. 1] filed on March 18, 2022, by first class mail and certified mail as indicated, postage fully pre-paid, and addressed to:

*Via First Class Mail and Certified Mail:*

Michaelle Pretlow
198 Melody Lane
Lawrenceville, GA 30043

*Via First Class Mail and Certified Mail*

Douglas Pretlow
198 Melody Lane
Lawrenceville, GA 30043

**Under penalty of perjury, I declare that the foregoing is true and correct.**

17927216v1

This 21st day of March, 2022.

                ARNALL GOLDEN GREGORY LLP
                *Attorneys for Chapter 7 Trustee*

                By: */s/ Michael J. Bargar*
                    Michael J. Bargar
                    GA. Bar No. 645709
                171 17th Street NW, Suite 2100
                Atlanta, Georgia 30363-1031
                (404) 873-8500
                michael.bargar@agg.com

17927216v1