**IT IS ORDERED as set forth below:**



Date: April 7, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LARRY DARNELL GORE, JR., | : | CASE NO. 21-51345-JRS |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 trustee, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 22-5058-JRS |
| | : | |
| MICHAELLE PRETLOW and | : | |
| DOUGLAS PRETLOW, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

On March 21, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Larry Darnell Gore, Jr. ("**Debtor**"), filed

18002758v1

*Trustee's Motion for Temporary Restraining Order and Preliminary Injunction* [Doc. No. 2] (the "**Motion**"), seeking a temporary restraining order from the Court, among other things, prohibiting: (a) Michaelle Pretlow ("**Mrs. Pretlow**") and Douglas Pretlow ("**Mr. Pretlow**" and with Mrs. Pretlow, the "**Defendants**") from removing any fixtures or appliances from that certain real property with a common address of 198 Melody Lane, Lawrenceville, Georgia 30043 (the "**Property**"); and (b) Defendants from denying Trustee and his professionals access to the Property during the pendency of this adversary proceeding and until either (i) Trustee's claims are fully and finally adjudicated; or (ii) the Court issues a further order, after notice and hearing, respecting the Property.

Also on March 21, 2022, Trustee filed a notice of hearing (the "**Notice**") setting the Motion for hearing (the "**Hearing**") on April 6, 2022 at 10:00 a.m. [Doc. No. 4]. Counsel for Trustee certifies that he served the Notice on the requisite parties in interest.

Counsel for Trustee appeared at the Hearing. No creditor or party in interest appeared at the Hearing to oppose the relief that Trustee requested in the Motion.

The Court having considered all matters of record in this adversary proceeding and Debtor's bankruptcy case, including the Motion and the allegations in the Complaint [Doc. No. 1]; based upon the statements of counsel on the record at the Hearing; and for all those reasons set forth on the record at the Hearing, it is hereby:

**ORDERED** that the Defendants shall not remove any fixtures, appliances, or any property of the Bankruptcy Estate from the Property or otherwise cause damage to the Property. It is further

18002758v1

**ORDERED** that the Defendants shall grant Trustee and his professionals access to the Property so that Trustee may market it for sale and that Defendants shall cooperate with Trustee and his professionals in their efforts to market the Property for sale. It is further

**ORDERED** that this Order is entered without prejudice to Trustee seeking additional or further relief from this Court. It is further

**ORDERED** that any noncompliance with this Order shall subject the non-compliant person or entity to all appropriate penalties for contempt of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Ga. Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Direct Phone: (404) 873-7030
Direct Fax: (404) 873-7031

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michaelle Pretlow
198 Melody Lane
Lawrenceville, GA 30043

Douglas Pretlow
198 Melody Lane
Lawrenceville, GA 30043

18002758v1

John Gerard Brookhuis
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

Larry Darnell Gore, Jr.
198 Melody Lane
Lawrenceville, GA 30043

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

18002758v1

18002758v1