UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LARRY DARNELL GORE, JR., | : | CASE NO. 21-51345-JRS |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 trustee, | : | |
| Plaintiff, | : | |
| vs. | : | ADV. PRO. NO. 22-5058-JRS |
| MICHAELLE PRETLOW and DOUGLAS PRETLOW, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that on April 8, 2022, I, Michael J. Bargar, caused to be served a true and correct copy of the *Order Granting Trustee's Motion for Temporary Restraining Order and Preliminary Injunction* [Doc. No. 6] by first class United States Mail, postage prepaid, on all of those entities set forth at the addresses stated:

Michaelle Pretlow  
198 Melody Lane  
Lawrenceville, GA 30043

Douglas Pretlow  
198 Melody Lane  
Lawrenceville, GA 30043

Respectfully submitted this 8th day of April, 2022.

ARNALL GOLDEN GREGORY LLP  
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*  
Michael J. Bargar  
Georgia Bar No. 645709  
michael.bargar@agg.com

171 17th Street, NW, Suite 2100  
Atlanta, Georgia 30363  
Phone: (404) 873-8500

18013075v1