# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                                      Case No.: 22-5058-JRS

Larry Darnell Gore

Chapter: _____

Debtor(s)

## Second Hearing

Good morning your Honor?

I Douglas Pretlow had hearing on April 6, 2022 10AM when I arrived at the court house the doors were locked. The clerk to me it's virtual (not so savvy) she show me how to log in. I could hear the judge and the bankruty Lawyer, but no one could hear me. I did not get a chance to tell you my side of the case. So I'Am writing you this Letter for a second hearing Please

Your honor we have been Living at 198 melody Ln. for 12 years never missed a rent payment, this is a nightmare please give Douglas Pretlow & Michaelle Pretlow our day in court

Thank you.

Dated: April 11, 2022

Signature: _____

Printed Name: Douglas Pretlow

Address: 198 melody Ln.
Lawrenceville, Georgia 30043

Phone: 678-608-9598

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Larry Darvelle Gore Jr    Case No: 22-5058-JRS

) Chapter

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __11__ day of __April__, 202_2_, I served a copy of __Second Hearing__ which was filed in this bankruptcy matter on the __11__ day of __April__, 202_2_.

Mode of service (check one):    ◯ MAILED    ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S. Gregory Hays, chapter 7 trustee    Hays Financial Consulting LLC
Larry Darnelle Gore Jr.    198 melody Ln.
    Lawrenceville, Georgia 3004

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 11, 2022    Signature: _____

Printed Name: Douglas Pretlow

Address: 198 melody Ln
Lawrenceville, Georgia 30043

Phone: 678-608-9598

(Generic Certificate of Service – Revised 4/13)

S. Gregory Hays
Hays Financial Consulting LLC
Suite 555
2964 Peachtree Road
Atlanta, GA. 30305

Larry Darnell Gore Jr.
198 Melody La
Lawrenceville, GA. 30043