**IT IS ORDERED as set forth below:**



Date: April 14, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | CHAPTER 7 |
| LARRY DARNELL GORE, JR., ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | Case No. 21-51345-JRS |
| S. GREGORY HAYS, ) | |
| CHAPTER 7 TRUSTEE, ) | Adversary Proceeding No. 22-5058 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAELLE PRETLOW, ) | |
| DOUGLAS PRETLOW, ) | |
| Defendant(s). ) | |
| _____ ) | |

### ORDER AND NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants' Motion for Reconsideration (doc #9) in the above-styled adversary proceeding, will be held on **APRIL 26, 2022** at 10:30 a.m. at the following number: 833-568-8864; meeting id: 161 418 0533, Courtroom **1404**, U.S. Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA.

Please review the "Hearing Information" tab on the Judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, https://www.ganb.uscourts.gov for more information.

**END OF ORDER**

**S. Gregory Hays,** *Chapter 7 Trustee*
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Michael J. Bargar**
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

**Douglas Pretlow**
198 Melody Lane
Lawrenceville, GA 30043

**Michaelle Pretlow**
198 Melody Lane
Lawrenceville, GA  30043

**Larry Darnell Gore, Jr.**
198 Melody Lane
Lawrenceville, GA 30043

**John Gerard Brookhuis**
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

**Office of the United States Trustee**
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303