**IT IS ORDERED as set forth below:**



Date: July 25, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LARRY DARNELL GORE, JR., | ) | |
| | ) | Case No. 21-51345-JRS |
| Debtor(s). | ) | |
| _____ | ) | Adversary Proceeding: |
| | ) | 22-5058 |
| S. GREGORY HAYS, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| MICHAELLE PRETLOW, | ) | |
| DOUGLAS PRETLOW, | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

**ORDER AND NOTICE OF STATUS HEARING**

PLEASE TAKE NOTICE that the court will hold a status conference in the above-styled adversary proceeding to consider the following matters, which counsel for the parties and parties appearing pro se should be prepared to discuss:

1. Whether there appears to be any issue regarding the court's jurisdiction;

2. Whether there is any issue as to the misjoinder or nonjoinder of a party;

3. Whether there is or may be any prospect for settlement; and

4. Whether this case is or may be an appropriate one for a motion for summary judgment; and

5. When this case will be set for trial. (Counsel are directed to have their personal calendars available at the conference.)

The status conference will be held on the **23ᴿᴰ** day of **AUGUST, 2022** at **10:30 A.M.** in Courtroom **1404**, Richard Russell Federal Building, 75 Ted Turner Drive, S. W., Atlanta, GA.

**FURTHER ORDERED** the status conference will be conducted remotely via Judge Sacca's Virtual Hearing Room. The link for the Virtual Hearing Room can be found on Judge Sacca's Chambers page: *https://www.ganb.uscourts.gov/content/honorable-james-r-sacca*

**FURTHER ORDERED** If no answer to the complaint has been filed, the matter will be removed from the calendar upon the filing of a motion for entry of default and a motion for a default judgment.

**PLEASE TAKE FURTHER NOTICE** that should the Plaintiff(s) or Plaintiff(s) Counsel fail to appear at this hearing, the complaint may be dismissed for failure to prosecute without further notice or hearing.

The Clerk is directed to serve the Plaintiff(s), Plaintiff(s) Attorney, Chapter 7 Trustee, Defendant(s), and Defendant(s) Attorney (if any).

**END OF ORDER**