**IT IS ORDERED as set forth below:**



Date: August 22, 2013

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-MGD |
| | : | |
| TODD ANTHONY SHAW | : | CHAPTER 7 |
| | : | |
| | : | JUDGE MARY GRACE DIEHL |

### ORDER AUTHORIZING PAYMENT
### OF ADMINISTRATIVE EXPENSE

Before this Court is the Application of the Chapter 7 Trustee, filed July 29, 2013, docket #120, for authorization to pay administrative expenses of this estate. The Trustee seeks authorization to pay $2,720.00 to the United States Treasury for remaining taxes due on the 2011 Form 1041 US Income Tax Return for Estates and Trusts.

A hearing was held on this matter on August 22, 2013 at which there were no objections.

There are sufficient funds in this estate with which to make the foregoing payments and the Applicant submits that such payments are proper as administrative expenses of the Chapter 7 estate. For good cause shown, and it further appears that no notice need be given to creditors, it is

ORDERED that the Chapter 7 Trustee be, and he hereby is, authorized and directed to pay $2,720.00 to the United States Treasury for remaining taxes due on the 2011 Form 1041 US Income Tax Return for Estates and Trusts.

END OF DOCUMENT

Prepared and Presented by:

/s/ S. Gregory Hays

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

Reviewed and approved by:

Guy G. Gebhardt
Acting United States Trustee
Region 21

*s/ Jeneane Treace* *
R. Jeneane Treace
Trial Attorney
GA Bar No. 7l6620
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov

*Signed by S. Gregory Hays, with express permission

**DISTRIBUTION LIST**

S. Gregory Hays
Hays Financial Consulting, LLC.
3343 Peachtree Road, NE., Ste 200
Atlanta, GA 30326

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303-3311