# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

**Case No.:**   09-61855-BEM

**Case Name:**   SHAW, TODD ANTHONY

**For Period Ending:**   06/30/2021

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   01/26/2009 (f)

**§ 341(a) Meeting Date:**   03/06/2009

**Claims Bar Date:**   03/09/2010

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1010 FOREST OVERLOOK DRIVE, ATLANTA, GEORGIA<br>Notice of abandonment filed 1/4/2011. | 500,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT - WELLS FARGO | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | SAVINGS ACCOUNT - WELLS FARGO | 200.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 15,000.00 | 10,800.00 | | 0.00 | FA |
| 6 | AWARDS | Unknown | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 9 | ALLIANCE AUTO LEASE DEPOSIT<br>Alliance Auto is no longer in business. | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 DODGE MAGNUM<br>Notice of Abandonment filed 8/12/09 (DKT#49) | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 11* | MUSIC ROYALTIES (u) (See Footnote) | Unknown | 22,867.56 | | 1,220,229.04 | 1,329,770.96 |
| INT | INTEREST (u) | Unknown | N/A | | 95.77 | FA |
| **12** | **Assets          Totals**      (Excluding unknown values) | **$544,650.00** | **$33,667.56** | | **$1,220,324.81** | **$1,329,770.96** |

RE PROP# 11      As of April 2019,  Zomba's lien on the music royalties has been satisfied. Royalties previously being paid to Zomba to satisfy their lien are now being paid to the Trustee.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**  09-61855-BEM

**Case Name:**  SHAW, TODD ANTHONY

**For Period Ending:**  06/30/2021

**Trustee Name:**    (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  01/26/2009 (f)

**§ 341(a) Meeting Date:**  03/06/2009

**Claims Bar Date:**  03/09/2010

---

**Major Activities Affecting Case Closing:**

11/24/2009 - Through a settlement with Zomba Recordings (Docket # 62), the continuing music royalties owed to the Debtor were split with 20% being paid to the bankruptcy estate and 80% being paid to Zomba until Zomba's secured claim is satisfied.

Early 2019 - Due to a 2016 sampling of estate compositions and a considerable increase in royalties, the Zomba secured claim was satisfied.

December 2020 - To date the Trustee has made two interim distributions which paid administrative claims current, priority claims and secured tax claims in full, and 34% interim distribution to unsecured creditors.

3/24/2021 - The Trustee has employed a music broker to sell the bankruptcy estate's interest in the music catalog and corresponding royalty stream. The music broker and the trustee are currently gathering information for the marketing and sale of same.

6/30/2021 - The Trustee anticipates making a third interim distribution to unsecured creditors in the near future.

---

**Initial Projected Date Of Final Report (TFR):**          12/31/2010

**Current Projected Date Of Final Report (TFR):**          06/30/2022

07/30/2021

Date

/s/S. Gregory Hays

S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| | |
|---|---|
| **Case No.:** | 09-61855-BEM |
| **Case Name:** | SHAW, TODD ANTHONY |
| **Taxpayer ID #:** | **-***5016 |
| **For Period Ending:** | 06/30/2021 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account #:** | ********4265 Money Market Account |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/09 | | From Account #********4266 | Transfer from Operating to MMA | 9999-000 | 76,535.60 | | 76,535.60 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.21 | | 76,537.81 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.28 | | 76,545.09 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.02 | | 76,552.11 |
| 03/18/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0700% | 1270-000 | 4.77 | | 76,556.88 |
| 03/18/10 | | Wire out to BNYM account ********4265 | Wire out to BNYM account 000258294265 | 9999-000 | -76,556.88 | | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | -21.28 | 0.00 | |
| **Subtotal** | 21.28 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$21.28** | **$0.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | **-***5016 | Account #: | ********4266 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/09 | {11} | Zomba Enterprises Inc | Wire - Per Stipulation and Order dated November 24, 2009 | 1223-000 | 76,535.60 | | 76,535.60 |
| 12/14/09 | | To Account #********4265 | Transfer from Operating to MMA | 9999-000 | | 76,535.60 | 0.00 |
| | | | COLUMN TOTALS | | 76,535.60 | 76,535.60 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 76,535.60 | |
| | | | Subtotal | | 76,535.60 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $76,535.60 | $0.00 | |

{ } Asset Reference(s)                                                                                      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***5016 | Account #: | ***********4266 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/10 | {11} | Universal Music Publishing Inc | Royalties | 1223-000 | 10,878.98 | | 10,878.98 |
| 05/15/10 | | To Account #*********4265 | Transfer from Operating to MMA | 9999-000 | | 10,878.98 | 0.00 |
| 06/14/10 | 10101 | Premium Financing Specialists Inc. | Policy #**-***-***183-6 Property at 1010 Forest Overlook Drive, Atlanta, GA, 30331. | 2420-750 | | 536.38 | -536.38 |
| 06/15/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 536.38 | | 0.00 |
| 06/29/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 695.27 | | 695.27 |
| 06/29/10 | 10102 | Hays Financial Consulting, LLC | Per court order dated 6/23/10 - Reimbursement for payments of $158.89 to Willis of Oregon and $536.38 to Premium Financing Specialists, docket # 92. | 2420-750 | | 695.27 | 0.00 |
| 07/08/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 536.38 | | 536.38 |
| 07/08/10 | 10103 | Imperial Credit Corporation | Acct #**-***-***183-6  due 7/15/10. Per Order, docket # 92. | 2420-750 | | 536.38 | 0.00 |
| 07/31/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 600.00 | | 600.00 |
| 07/31/10 | 10104 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. | 2420-750 | | 536.38 | 63.62 |
| 08/31/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 472.76 | | 536.38 |
| 08/31/10 | 10105 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. | 2420-750 | | 536.38 | 0.00 |
| 09/30/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 1,200.00 | | 1,200.00 |
| 09/30/10 | 10106 | Metro Atlanta Property Management and Preservation, LLC | Invoice #4265 per court order docket #96 | 2420-000 | | 1,200.00 | 0.00 |
| 10/01/10 | {11} | Universal Music Publishing Inc | AGWH 063010 Royal Payment | 1223-000 | 15,542.34 | | 15,542.34 |
| 10/11/10 | | To Account #*********4265 | Transfer from Operating to MMA | 9999-000 | | 15,542.34 | 0.00 |
| 10/12/10 | 10107 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. | 2420-750 | | 536.38 | -536.38 |
| 10/13/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 536.38 | | 0.00 |
| 11/02/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 563.20 | | 563.20 |
| 11/02/10 | 10108 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. | 2420-750 | | 563.20 | 0.00 |
| 11/30/10 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 536.38 | | 536.38 |
| 11/30/10 | 10109 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. | 2420-750 | | 536.38 | 0.00 |
| 01/03/11 | | From Account #*********4265 | Transfer from MMA to Operating | 9999-000 | 536.38 | | 536.38 |
| 01/03/11 | 10110 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. Voided on 01/03/2011 | 2420-750 | | 536.38 | 0.00 |

|  | Page Subtotals: | $32,634.45 | $32,634.45 |
|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-61855-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | SHAW, TODD ANTHONY | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***5016 | **Account #:** | **********4266 Checking Account |
| **For Period Ending:** | 06/30/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/11 | 10110 | Imperial Credit Corporation | Acct #**-***-***183-6. Per Order, docket # 92. Voided: check issued on 01/03/2011 | 2420-750 | | -536.38 | 536.38 |
| 01/03/11 | 10111 | Pro Lawn Inc | Lawn maintenance for 1010 Forest Overlook Drive for property sale listing.  Paid per Order, Dkt # 105 | 2420-000 | | 400.00 | 136.38 |
| 03/07/11 | | To Account #**********4265 | Transfer from Operating to MMA | 9999-000 | | 136.38 | 0.00 |
| 04/05/11 | {11} | Universal Music Publishing Inc | Royalty payment - July-Dec 2010 | 1223-000 | 25,713.64 | | 25,713.64 |
| 04/11/11 | 10112 | Hays Financial Consulting, LLC | Per court order, docket #82  Reimbursement of insurance expenses | 2420-750 | | 2,086.21 | 23,627.43 |
| 04/11/11 | | To Account #**********4265 | Transfer from Operating to MMA | 9999-000 | | 23,627.43 | 0.00 |
| 04/13/11 | | From Account #**********4265 | Transfer from MMA to Operating | 9999-000 | 2,300.00 | | 2,300.00 |
| 04/13/11 | 10113 | Internal Revenue Service | FEI#54-6875016 2010 Application for Extension of Time to File Voided on 04/13/2011 | 2810-000 | | 1,600.00 | 700.00 |
| 04/13/11 | 10113 | Internal Revenue Service | FEI#54-6875016 2010 Application for Extension of Time to File Voided: check issued on 04/13/2011 | 2810-000 | | -1,600.00 | 2,300.00 |
| 04/13/11 | 10114 | Georgia Department of Revenue | FEI#54-6875016 2010 Application for Extension of Time to File Voided on 04/13/2011 | 2820-000 | | 700.00 | 1,600.00 |
| 04/13/11 | 10114 | Georgia Department of Revenue | FEI#54-6875016 2010 Application for Extension of Time to File Voided: check issued on 04/13/2011 | 2820-000 | | -700.00 | 2,300.00 |
| 04/15/11 | | To Account #**********4265 | Transfer from Operating to MMA | 9999-000 | | 2,300.00 | 0.00 |
| 04/27/11 | | Hays Financial Consulting | Imperial insurance refund | 2420-750 | | -403.34 | 403.34 |
| 05/10/11 | | To Account #**********4265 | Transfer from Operating to MMA | 9999-000 | | 403.34 | 0.00 |
| 05/31/11 | | From Account #**********4265 | Transfer from MMA to Operating | 9999-000 | 120,997.89 | | 120,997.89 |
| 05/31/11 | | From Account # 9200*****4266 | Interest adjustment occurred during afterhours from account 92000258294265 | 9999-000 | 2.05 | | 120,999.94 |
| 05/31/11 | 10115 | Todd Anthony Shaw | Account Transfer Stopped on 06/02/2011 | 9999-000 | | 120,897.89 | 102.05 |
| 06/02/11 | 10115 | Todd Anthony Shaw | Account Transfer Stopped: check issued on 05/31/2011 | 9999-000 | | -120,897.89 | 120,999.94 |
| 06/08/11 | | To Account #**********4267 | Transfer from Operating to MMA | 9999-000 | | 120,997.89 | 2.05 |
| 06/27/11 | | SunTrust | Transfer of Interest on SunTrust MMA | 9999-000 | 3.97 | | 6.02 |
| 07/18/11 | | To Account #**********4267 | Transfer from Operating to MMA | 9999-000 | | 6.02 | 0.00 |
| 08/25/11 | | From Account #**********4267 | Transfer from MMA to Operating | 9999-000 | 121,006.44 | | 121,006.44 |

**Page Subtotals:**     **$270,023.99**     **$149,017.55**

*{ } Asset Reference(s)*        *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***5016 | Account #: | **********4266 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/11 | 10116 | Internal Revenue Service | FEI#54-6875016 Estimated payment for 3rd quarter 2011. Per Order, Docket # 114. | 2810-000 | | 1,300.00 | 119,706.44 |
| 09/13/11 | 10117 | Georgia Department of Revenue | FEI#54-6875016 Form 501 balance due for period ended 12/31/10 Voided on 12/05/2011 | 2820-000 | | 197.00 | 119,509.44 |
| 09/13/11 | 10118 | Georgia Department of Revenue | FEI#54-6875016 Estimated payment for 3rd quarter 2011. Per Order, Docket # 114. | 2820-000 | | 900.00 | 118,609.44 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 230.71 | 118,378.73 |
| 10/04/11 | {11} | Universal Music Publishing Inc | Royalty payment - June 2011 | 1223-000 | 20,171.66 | | 138,550.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 267.30 | 138,283.09 |
| 11/04/11 | | United States Treasury | Refund - 2010 Form 1041. Paid by HFC. To be reimbursed on final fee appl. | 3320-000 | | -297.00 | 138,580.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 304.02 | 138,276.07 |
| 12/05/11 | 10117 | Georgia Department of Revenue | FEI#54-6875016 Form 501 balance due for period ended 12/31/10 Voided on: check issued on 09/13/2011 | 2820-000 | | -197.00 | 138,473.07 |
| 12/13/11 | 10119 | United States Treasury | Per court order dated 12/12/11, docket #114 FEI#54-6875016 2011 Form 1041-ES 3qtr Stopped on 02/22/2012 | 2810-000 | | 1,300.00 | 137,173.07 |
| 12/13/11 | 10120 | Georgia Department of Revenue | Per court order dated 12/12/11, docket #114 2011 FEI#54-6875016 Form 500-ES 3qtr Stopped on 02/22/2012 | 2820-000 | | 900.00 | 136,273.07 |
| 12/13/11 | 10121 | Georgia Department of Revenue | Per court order dated 12/12/11, docket #114 2010 FEI#54-6875016 Form 501 Stopped on 02/22/2012 | 2820-000 | | 197.00 | 136,076.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 284.53 | 135,791.54 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 302.10 | 135,489.44 |
| 02/22/12 | 10119 | United States Treasury | Per court order dated 12/12/11, docket #114 FEI#54-6875016 2011 Form 1041-ES 3qtr Stopped: check issued on 12/13/2011 | 2810-000 | | -1,300.00 | 136,789.44 |
| 02/22/12 | 10120 | Georgia Department of Revenue | Per court order dated 12/12/11, docket #114 2011 FEI#54-6875016 Form 500-ES 3qtr Stopped: check issued on 12/13/2011 | 2820-000 | | -900.00 | 137,689.44 |
| 02/22/12 | 10121 | Georgia Department of Revenue | Per court order dated 12/12/11, docket #114 2010 FEI#54-6875016 Form 501 Stopped: check issued on 12/13/2011 | 2820-000 | | -197.00 | 137,886.44 |

Page Subtotals: $20,171.66 $3,291.66

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 09-61855-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***5016 | | Account #: | **********4266 Checking Account |
| For Period Ending: | 06/30/2021 | | Blanket Bond (per case limit): | $31,525,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 273.13 | 137,613.31 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 281.99 | 137,331.32 |
| 04/05/12 | {11} | Universal Music Publishing, Inc. | Royalty payment | 1223-000 | 3,327.49 | | 140,658.81 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 276.35 | 140,382.46 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 316.47 | 140,065.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 277.45 | 139,788.54 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 305.54 | 139,483.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 295.35 | 139,187.65 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 266.20 | 138,921.45 |
| 10/03/12 | {11} | Universal Music Publishing, Inc. | Royalty payment 6/30/12 | 1223-000 | 3,096.16 | | 142,017.61 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 318.85 | 141,698.76 |
| 11/29/12 | 10122 | Georgia Department of Revenue | FEI#54-6875016 12/31/10 Letter ID L1086392096. Per Order, Dkt # 114. | 2820-000 | | 197.00 | 141,501.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 290.36 | 141,211.40 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********2088          20121213 | 9999-000 | | 141,211.40 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 329,253.75 | 329,253.75 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 250,523.48 | 315,103.78 | |
| | | **Subtotal** | | | 78,730.27 | 14,149.97 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$78,730.27** | **$14,149.97** | |

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| | | |
|---|---|---|
| **Case No.:** | 09-61855-BEM | |
| **Case Name:** | SHAW, TODD ANTHONY | |
| **Taxpayer ID #:** | **-***5016 | |
| **For Period Ending:** | 06/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********4265 Money Market Account |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4265 | Wire in from JPMorgan Chase Bank, N.A. account 312258294265 | 9999-000 | 76,556.88 | | 76,556.88 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 3.52 | | 76,560.40 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 7.55 | | 76,567.95 |
| 05/15/10 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 10,878.98 | | 87,446.93 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 8.34 | | 87,455.27 |
| 06/15/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 536.38 | 86,918.89 |
| 06/29/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 695.27 | 86,223.62 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 8.59 | | 86,232.21 |
| 07/08/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 536.38 | 85,695.83 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 8.75 | | 85,704.58 |
| 07/31/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 600.00 | 85,104.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1200% | 1270-000 | 8.67 | | 85,113.25 |
| 08/31/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 472.76 | 84,640.49 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.08 | | 84,642.57 |
| 09/30/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 1,200.00 | 83,442.57 |
| 10/11/10 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 15,542.34 | | 98,984.91 |
| 10/13/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 536.38 | 98,448.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.37 | | 98,450.90 |
| 11/02/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 563.20 | 97,887.70 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.41 | | 97,890.11 |
| 11/30/10 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 536.38 | 97,353.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.48 | | 97,356.21 |
| 01/03/11 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 536.38 | 96,819.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.46 | | 96,822.29 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.22 | | 96,824.51 |
| 03/07/11 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 136.38 | | 96,960.89 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.46 | | 96,963.35 |

| | | Page Subtotals: | $103,176.48 | $6,213.13 | |
|---|---|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-8

| | | | |
|---|---|---|---|
| **Case No.:** | 09-61855-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | SHAW, TODD ANTHONY | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***5016 | **Account #:** | **********4265 Money Market Account |
| **For Period Ending:** | 06/30/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/11/11 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 23,627.43 | | 120,590.78 |
| 04/13/11 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 2,300.00 | 118,290.78 |
| 04/15/11 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 2,300.00 | | 120,590.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.75 | | 120,593.53 |
| 05/10/11 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 403.34 | | 120,996.87 |
| 05/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 1.02 | | 120,997.89 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 2.05 | | 120,999.94 |
| 05/31/11 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 120,997.89 | 2.05 |
| 05/31/11 | | To Account # 9200*****4266 | Interest adjustment occurred during afterhour | 9999-000 | | 2.05 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | | 129,513.07 | 129,513.07 | $0.00 |
| | Less: Bank Transfers/CDs | | 129,445.35 | 129,513.07 | |
| | **Subtotal** | | **67.72** | **0.00** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$67.72** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-9

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | SUNTRUST BANK |
| Taxpayer ID #: | **-***5016 | Account #: | ********2633 Money Market Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/01/11 | | Bank of New York Mellon | Wire transfer from Bank of New York Mellon | 9999-000 | 120,897.89 | | 120,897.89 |
| 06/06/11 | | Bank of New York Mellon | Transfer to Bank of New York Mellon | 9999-000 | | 120,897.89 | 0.00 |
| 06/15/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 3.97 | | 3.97 |
| 06/15/11 | | Bank of New York Mellon | Transfer to Bank of New York Mellon | 9999-000 | | 3.97 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 120,901.86 | 120,901.86 | $0.00 |
| | Less: Bank Transfers/CDs | | 120,897.89 | 120,901.86 | |
| | **Subtotal** | | **3.97** | **0.00** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$3.97** | **$0.00** | |

{ } Asset Reference(s)                                                                      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-10

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***5016 | Account #: | **********4267 Money Market Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/08/11 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 120,997.89 | | 120,997.89 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.72 | | 120,998.61 |
| 07/18/11 | | From Account #**********4266 | Transfer from Operating to MMA | 9999-000 | 6.02 | | 121,004.63 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.02 | | 121,005.65 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.79 | | 121,006.44 |
| 08/25/11 | | To Account #**********4266 | Transfer from MMA to Operating | 9999-000 | | 121,006.44 | 0.00 |

|  |  | COLUMN TOTALS | | | 121,006.44 | 121,006.44 | $0.00 |
|  |  | Less: Bank Transfers/CDs | | | 121,003.91 | 121,006.44 | |
|  |  | Subtotal | | | 2.53 | 0.00 | |
|  |  | Less: Payments to Debtors | | | | 0.00 | |
|  |  | NET Receipts / Disbursements | | | $2.53 | $0.00 | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-11

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5016 | Account #: | ******9866 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 141,211.40 | | 141,211.40 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.32 | 141,022.08 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.17 | 140,798.91 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.01 | 140,609.90 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.50 | 140,414.40 |
| 04/04/13 | {11} | Universal Music Publishing Inc | Royalty Payment | 1223-000 | 3,080.37 | | 143,494.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.67 | 143,276.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.95 | 143,063.15 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.05 | 142,871.10 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.04 | 142,645.06 |
| 08/26/13 | 20123 | Department of the Treasury | 2011 Form 1041 per court order docket #122 | 2810-000 | | 2,720.00 | 139,925.06 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.17 | 139,719.89 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.17 | 139,524.72 |
| 10/07/13 | {11} | Universal Music Publishing Inc | Music Royalties | 1223-000 | 6,968.65 | | 146,493.37 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.12 | 146,265.25 |
| 11/21/13 | 20124 | Internal Revenue Service | FEI#30-6337915 Notice CP504B per court order docket #118 | 2810-000 | | 289.00 | 145,976.25 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.35 | 145,779.90 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.77 | 145,549.13 |
| 01/09/14 | 20125 | Georgia Department of Revenue | Per court order docket #125  FEI#54-6875016 2011 Georgia Form 501 | 2820-000 | | 1,107.00 | 144,442.13 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.58 | 144,226.55 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.61 | 144,032.94 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.26 | 143,832.68 |
| 04/07/14 | 20126 | Test | For ACH payment template Voided on 04/07/2014 | 9999-000 | | 0.01 | 143,832.67 |
| 04/07/14 | 20126 | Test | For ACH payment template Voided: check issued on 04/07/2014 | 9999-000 | | -0.01 | 143,832.68 |
| 04/09/14 | {11} | Universal Music Publishing, Inc. o/b/o Universal MSC-Z Tunes | Music royalties | 1223-000 | 5,941.02 | | 149,773.70 |

| | Page Subtotals: | $157,201.44 | $7,427.74 |
|---|---|---|---|

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-12

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5016 | Account #: | ******9866 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.10 | 149,547.60 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.10 | 149,332.50 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.63 | 149,124.87 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.96 | 148,888.91 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.01 | 148,681.90 |
| 09/30/14 | {11} | Universal Music Publishing Inc | Music Royalties 6/30/14 | 1223-000 | 5,587.82 | | 154,269.72 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.11 | 154,041.61 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.68 | 153,812.93 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.11 | 153,613.82 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.41 | 153,363.41 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.59 | 153,142.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.58 | 152,937.24 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.64 | 152,702.60 |
| 04/07/15 | {11} | Universal Music Publishing Inc | Music Royalties 3/17/15 | 1223-000 | 3,996.78 | | 156,699.38 |
| 04/07/15 | {11} | Universal Music Publishing Inc | Music royalties 12/31/14 | 1223-000 | 783.93 | | 157,483.31 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.22 | 157,259.09 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.65 | 157,040.44 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.93 | 156,799.51 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.04 | 156,566.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.69 | 156,348.78 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.89 | 156,108.89 |
| 10/06/15 | {11} | Universal Music Publishing Inc | Royalties - 6/30/15 | 1223-000 | 1,856.82 | | 157,965.71 |
| 10/06/15 | {11} | Universal Music Publishing Inc | Royalties - 9/18/15 | 1223-000 | 3,341.11 | | 161,306.82 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 230.26 | 161,076.56 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 223.96 | 160,852.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 254.52 | 160,598.08 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 222.70 | 160,375.38 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 222.37 | 160,153.01 |
| | | | **Page Subtotals:** | | **$15,566.46** | **$5,187.15** | |

*{ } Asset Reference(s)*                                                                                      *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-13

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5016 | Account #: | ******9866 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 252.72 | 159,900.29 |
| 04/13/16 | {11} | Universal Music Group, Inc | Royalties | 1223-000 | 15,585.67 | | 175,485.96 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 232.89 | 175,253.07 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 243.00 | 175,010.07 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 276.17 | 174,733.90 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 242.28 | 174,491.62 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 275.32 | 174,216.30 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 249.90 | 173,966.40 |
| 10/03/16 | {11} | Universal Music Publishing Inc | Royalty Check Jan 2016 - June 2016 | 1223-000 | 2,063.12 | | 176,029.52 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 243.68 | 175,785.84 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 268.98 | 175,516.86 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 251.76 | 175,265.10 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 268.85 | 174,996.25 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 234.92 | 174,761.33 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 259.74 | 174,501.59 |
| 04/03/17 | {11} | Universal Music Publishing Inc | Royalties thru 12/31/16 | 1223-000 | 1,161.10 | | 175,662.69 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 235.54 | 175,427.15 |
| 05/04/17 | {11} | Universal Music Publishing Inc | Royalties July 1, 2016 thru 12/31/2016 | 1223-000 | 15,052.88 | | 190,480.03 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 294.15 | 190,185.88 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 273.55 | 189,912.33 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 264.05 | 189,648.28 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 300.08 | 189,348.20 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 263.27 | 189,084.93 |
| 10/02/17 | {11} | Universal Music Publishing Inc | Royalties January 2017 through June 2017 | 1223-000 | 21,852.71 | | 210,937.64 |
| 10/05/17 | {11} | Universal Music Group Inc | Royalties January 2017 thru June 2017 | 1223-000 | 1,693.45 | | 212,631.09 |
| 10/31/17 | | United States Treasury | 1041 Refund 12/2016 | 2810-000 | | -3.60 | 212,634.69 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 321.46 | 212,313.23 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 305.38 | 212,007.85 |
| | | | **Page Subtotals:** | | **$57,408.93** | **$5,554.09** | |

*{ } Asset Reference(s)*                                                                                                      *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-14

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5016 | Account #: | ******9866 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 294.77 | 211,713.08 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 334.96 | 211,378.12 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 283.76 | 211,094.36 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 303.62 | 210,790.74 |
| 04/09/18 | {11} | Universal Music Publishing, Inc | Royalties 7/1/2017 - 12/31/2017 | 1223-000 | 17,464.41 | | 228,255.15 |
| 04/09/18 | {11} | Universal Music Group, Inc | Royalties 7/1/2017 - 12/31/2017 | 1223-000 | 1,865.83 | | 230,120.98 |
| 04/09/18 | 20127 | Department of the Treasury | EIN # 54-6875016 - Year 2017 - Form 1041 | 2810-000 | | 3,500.00 | 226,620.98 |
| 04/09/18 | 20128 | Georgia Department of Revenue | EIN # 54-6875016 - Year 2017 - Form 501 | 2820-000 | | 1,725.00 | 224,895.98 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 308.84 | 224,587.14 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 355.36 | 224,231.78 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 311.77 | 223,920.01 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 343.54 | 223,576.47 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 332.30 | 223,244.17 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 171.25 | 223,072.92 |
| 10/03/18 | {11} | Universal Music Group Inc | Royalties - Period Ending 6/30/18. | 1223-000 | 2,658.85 | | 225,731.77 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 203.64 | 225,528.13 |
| 02/18/19 | {11} | Universal Music Publishing Inc | Royalties - January 2018 through June 2018 | 1223-000 | 17,766.58 | | 243,294.71 |
| 03/25/19 | 20129 | Department of the Treasury | EIN # 54-6875016 - Year 2018 - Form 1041. Paid per Order, Dkt # 153. | 2810-000 | | 550.00 | 242,744.71 |
| 03/25/19 | 20130 | Georgia Department of Revenue | EIN # 54-6875016 - Year 2018 - Form 501. Paid per Order, Dkt # 153. | 2820-000 | | 450.00 | 242,294.71 |
| 04/01/19 | {11} | Universal Music Publishing Inc | Royalties - July 2018 through December 2018 | 1223-000 | 21,823.48 | | 264,118.19 |
| 04/01/19 | {11} | Universal Music Group Inc | Royalties - July 2018 through December 2018 | 1223-000 | 2,448.64 | | 266,566.83 |
| 05/16/19 | {11} | Sony Music | Royalties - January 2018 through December 2018 - Royalties paid to secured creditor in excess of amount owed. | 1223-000 | 173,309.42 | | 439,876.25 |
| 05/21/19 | {11} | Sony Music | Royalties - January 2018 through December 2018 - Royalties paid to secured creditor in excess of amount owed. | 1223-000 | 130.62 | | 440,006.87 |
| 08/09/19 | | Department of the Treasury | Tax Refund Year 2018 - $17.00 refund plus interest $0.27. | | 17.27 | | 440,024.14 |

| | | | | Page Subtotals: | $237,485.10 | $9,468.81 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-15

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 09-61855-BEM | | **Trustee Name:** | S. Gregory Hays (300320) | |
| **Case Name:** | SHAW, TODD ANTHONY | | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***5016 | | **Account #:** | ******9866 Checking Account | |
| **For Period Ending:** | 06/30/2021 | | **Blanket Bond (per case limit):** | $31,525,000.00 | |
| | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Department of the Treasury | Tax Refund - 2018 Form 1041 $17.00 | 2810-000 | | | |
| | Int | Department of the Treasury | Interest on tax overpament $0.27 | 1270-000 | | | |
| 08/13/19 | 20131 | United States Treasury | EIN # 54-6875016 - Year 2019 | 2810-000 | | 46,365.00 | 393,659.14 |
| 08/13/19 | 20132 | Georgia Department of Revenue | EIN # 54-6875016 - Year 2019 | 2820-000 | | 11,104.00 | 382,555.14 |
| 09/30/19 | {11} | Universal Music Publishing Inc | Music Royalties 1/1/19 - 6/30/19 | 1223-000 | 74,603.04 | | 457,158.18 |
| 10/04/19 | {11} | Universal Music Group, Inc | Music Royalties 1/1/19 - 6/30/19 | 1223-000 | 3,037.42 | | 460,195.60 |
| 11/20/19 | {11} | Sony Music | Royalties or Record Sales - Inquiry into Sony for Details | 1223-000 | 64,145.48 | | 524,341.08 |
| 12/19/19 | 20133 | S. Gregory Hays | Trustee commission and expenses paid per Order, Dkt # 176. | | | 22,555.69 | 501,785.39 |
| | | S. Gregory Hays | Payment of Trustee commission per Order, Dkt # 176. $21,070.18 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 176. $1,485.51 | 2200-000 | | | |
| 12/19/19 | 20134 | Hays Financial Consulting, LLC | Accountants fees and expenses paid per Order, Dkt # 176. | | | 58,468.66 | 443,316.73 |
| | | Hays Financial Consulting, LLC | Accountants fees paid per Order, Dkt # 176. $52,639.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountants expenses paid per Order, Dkt # 176. $5,829.66 | 3320-000 | | | |
| 12/19/19 | 20135 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 176. | | | 64,026.28 | 379,290.45 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 176. $63,871.50 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 176. $154.78 | 3220-000 | | | |
| 01/03/20 | 20136 | Internal Revenue Service | Distribution Per Order, Dkt # 177. | 5800-000 | | 34,604.28 | 344,686.17 |
| 01/03/20 | 20137 | GEORGIA DEPARTMENT OF REVENUE | Distribution Per Order, Dkt # 177. Stopped on 03/05/2020 | 4800-000 | | 36,112.34 | 308,573.83 |
| 01/03/20 | 20138 | Internal Revenue Service | Interim Distribution Per Order, Dkt # 177. | 7100-000 | | 38,526.89 | 270,046.94 |

| | | | | Page Subtotals: | $141,785.94 | $311,763.14 | |
|---|---|---|---|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-16

| | | |
|---|---|---|
| **Case No.:** | 09-61855-BEM | |
| **Case Name:** | SHAW, TODD ANTHONY | |
| **Taxpayer ID #:** | **-***5016 | |
| **For Period Ending:** | 06/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******9866 Checking Account |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/03/20 | 20139 | Ronnie Jackson Jr. | Interim Distribution Per Order, Dkt # 177. | 7100-000 | | 2,869.68 | 267,177.26 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 267,177.26 | 0.00 |
| 03/05/20 | 20137 | GEORGIA DEPARTMENT OF REVENUE | Distribution Per Order, Dkt # 177. Stopped: check issued on 01/03/2020 | 4800-000 | | -36,112.34 | 36,112.34 |
| 03/05/20 | | Transition Transfer Debit | Transition Transfer Debit to East West Bank | 9999-000 | -36,112.34 | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | | 573,335.53 | 573,335.53 | $0.00 |
| | Less: Bank Transfers/CDs | | | 105,099.06 | 267,177.26 | |
| | **Subtotal** | | | 468,236.47 | 306,158.27 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | **$468,236.47** | **$306,158.27** | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-17

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5016 | Account #: | ******0197 Demand Deposit Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 267,177.26 | | 267,177.26 |
| 03/03/20 | 1000 | Georgia Department of Revenue | EIN # 54-6875016 - Year 2019 - Per Order, Dkt # 181. | 2820-000 | | 530.00 | 266,647.26 |
| 03/05/20 | | Transition Transfer Credit | Transition Transfer Credit from East West Bank account. | 9999-000 | 36,112.34 | | 302,759.60 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 241.95 | 302,517.65 |
| 04/02/20 | 1001 | GEORGIA DEPARTMENT OF REVENUE | Distribution per Order, Dkt # 177. | 4800-000 | | 36,112.34 | 266,405.31 |
| 04/03/20 | {11} | Universal Music Publishing Inc | Music Roayalties 7/1/19 to 12/31/19 | 1223-000 | 91,055.93 | | 357,461.24 |
| 04/03/20 | {11} | Universal Music Group Inc | Music Royalties 7/1/19 - 12/31/19 | 1223-000 | 1,986.58 | | 359,447.82 |
| 04/03/20 | | United States Treasury | Refund of estimated tax payment in August 2019. See check 20131. | 2810-000 | | -1,040.00 | 360,487.82 |
| 04/10/20 | {11} | Sony Music | Music Royalties - Sound Recordings | 1223-000 | 175,941.57 | | 536,429.39 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 738.34 | 535,691.05 |
| 05/22/20 | {11} | Sony Music | Royalty Payment - Record Side | 1223-000 | 376.45 | | 536,067.50 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 827.74 | 535,239.76 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 912.53 | 534,327.23 |
| 07/07/20 | 1002 | United States Treasury | EIN # 54-6875016 - Year 2020 -Paid per Order, Dkt # 186. | 2810-000 | | 50,215.00 | 484,112.23 |
| 07/07/20 | 1003 | Georgia Department of Revenue | EIN # 54-6875016 - Year 2020- Paid per Order, Dkt # 186. | 2820-000 | | 12,600.00 | 471,512.23 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 834.99 | 470,677.24 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 727.23 | 469,950.01 |
| 09/01/20 | {11} | Universal Music Publishing Inc | Music Royalties 1/1/2020 - 6/30/2020 | 1223-000 | 73,045.43 | | 542,995.44 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 910.27 | 542,085.17 |
| 10/07/20 | {11} | Universal Music Group, Inc | Music Royalties 1/1/20 - 6/30/20 | 1223-000 | 2,678.61 | | 544,763.78 |
| 10/19/20 | | Internal Revenue Service | Tax Refund 2017 1041 | 2810-000 | | -70.06 | 544,833.84 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 869.62 | 543,964.22 |
| 11/30/20 | {11} | Sony Music | Music Royalties - Sound Recordings | 1223-000 | 82,300.82 | | 626,265.04 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 840.46 | 625,424.58 |
| 12/28/20 | 1004 | Internal Revenue Service | Interim Distribution Per Order, Dkt # 197. | 7100-000 | | 398,950.72 | 226,473.86 |
| 12/28/20 | 1005 | Ronnie Jackson Jr. | Interim Distribution Per Order, Dkt # 197. | 7100-000 | | 29,715.87 | 196,757.99 |
| 12/28/20 | 1006 | S. Gregory Hays | Trustee Commission and expenses paid per Order, Dkt # 198. | | | 26,946.63 | 169,811.36 |
| | | | Page Subtotals: | | $730,674.99 | $560,863.63 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-18

| Case No.: | 09-61855-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | SHAW, TODD ANTHONY | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5016 | Account #: | ******0197 Demand Deposit Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | S. Gregory Hays | Trustee Commission paid per Order, Dkt # 198.<br>$26,813.09 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee Expenses paid per Order, Dkt # 198.<br>$133.54 | 2200-000 | | | |
| 12/28/20 | 1007 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Dkt # 198. | | | 12,351.00 | 157,460.36 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 198.<br>$12,240.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 198.<br>$111.00 | 3320-000 | | | |
| 12/28/20 | 1008 | Georgia Department of Revenue | EIN # 54-6875016 - Year 2020 - Paid per Order,  Dkt # 199. | 2820-000 | | 4,000.00 | 153,460.36 |
| 12/28/20 | 1009 | United States Treasury | EIN # 54-6875016 - Year 2020 - Paid per Order,  Dkt # 199. | 2810-000 | | 22,317.00 | 131,143.36 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 1,084.46 | 130,058.90 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 389.67 | 129,669.23 |
| 02/18/21 | 1010 | Georgia Department of Revenue | EIN # 54-6875016 - 2020 Form 500-ES - Paid per Order,  Dkt # 206. | 2820-000 | | 2,000.00 | 127,669.23 |
| 02/18/21 | 1011 | United States Treasury | EIN # 54-6875016 - 2020 Form 1041-ES - Paid per Order,  Dkt # 206. | 2810-000 | | 16,000.00 | 111,669.23 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 193.64 | 111,475.59 |
| 03/01/21 | {11} | Universal Music Publishing Inc | Music Royalties 1/1/2020 - 6/30/2020 | 1223-000 | 87,661.18 | | 199,136.77 |
| 03/03/21 | | Georgia Department of Revenue | Refund 2019 Income Taxes | 2820-000 | | -19.55 | 199,156.32 |
| 03/03/21 | | Georgia Department of Revenue | Refund 2018 Income Taxes | 2820-000 | | -22.67 | 199,178.99 |
| 03/03/21 | | Georgia Department of Revenue | Refund 2013 Income Taxes | 2820-000 | | -42.00 | 199,220.99 |
| 03/25/21 | 1012 | United States Treasury | EIN # 54-6875016 - 2020 Form 1041 - Paid per Order,  Dkt # 212. | 2810-000 | | 1,056.00 | 198,164.99 |
| 03/25/21 | 1013 | Georgia Department of Revenue | EIN # 54-6875016 - 2020 Form 500- Paid per Order,  Dkt # 212. | 2820-000 | | 380.00 | 197,784.99 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 332.46 | 197,452.53 |
| 04/07/21 | {11} | Universal Music Group Inc | Music Royalties 6/1/20 - 12/31/20 | 1223-000 | 2,478.26 | | 199,930.79 |
| 04/12/21 | {11} | Sony Music | Music Royalties - Sound Recordings - 7/1/20 to 12-31-20 | 1223-000 | 79,219.14 | | 279,149.93 |

| | Page Subtotals: | $169,358.58 | $60,020.01 |
|---|---|---|---|

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-19

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 09-61855-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | SHAW, TODD ANTHONY | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***5016 | **Account #:** | ******0197 Demand Deposit Account |
| **For Period Ending:** | 06/30/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 392.22 | 278,757.71 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 416.99 | 278,340.72 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 490.71 | 277,850.01 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 900,033.57 | 622,183.56 | $277,850.01 |
| Less: Bank Transfers/CDs | | 303,289.60 | 0.00 | |
| Subtotal | | 596,743.97 | 622,183.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $596,743.97 | $622,183.56 | |

{ } Asset Reference(s)                                                                     ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page:  2-20

| | | | |
|---|---|---|---|
| **Case No.:** | 09-61855-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | SHAW, TODD ANTHONY | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***5016 | **Account #:** | ******0197 Demand Deposit Account |
| **For Period Ending:** | 06/30/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,220,341.81 |
| Plus Gross Adjustments: | -$17.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,220,324.81 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********4265 Money Market Account | $21.28 | $0.00 | $0.00 |
| ********4266 Checking Account | $76,535.60 | $0.00 | $0.00 |
| **********4266 Checking Account | $78,730.27 | $14,149.97 | $0.00 |
| **********4265 Money Market Account | $67.72 | $0.00 | $0.00 |
| ********2633 Money Market Account | $3.97 | $0.00 | $0.00 |
| **********4267 Money Market Account | $2.53 | $0.00 | $0.00 |
| ******9866 Checking Account | $468,236.47 | $306,158.27 | $0.00 |
| ******0197 Demand Deposit Account | $596,743.97 | $622,183.56 | $277,850.01 |
| | **$1,220,341.81** | **$942,491.80** | **$277,850.01** |